PROSKAUER ROSE LLP
Matthew D. Batastini
One Newark Center, 18th Floor
Newark, NJ  07102-5211
(973) 274-3200

Elise A. Yablonski (*pro hac vice* application forthcoming)
Eleven Times Square
New York, NY  10036-8299
(212) 969-3000
*Attorneys for Defendants Barbara Glasser 2007 Insurance Trust and Wilmington Savings Fund Society, FSB, as Trustee, and Nonparty The GIII Accumulation Trust*

GREENBERG DAUBER EPSTEIN & TUCKER
Edward Dauber
One Gateway Center, Suite 600
Newark, NJ  07102
(973) 643-3700
*Attorneys for Nonparty Ravi Dattatreya*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PENN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA GLASSER 2007 INSURANCE TRUST, CHRISTIANA BANK & TRUST COMPANY, as trustee of the BARBARA GLASSER 2007 INSURANCE TRUST, and JARED L. BECKER,<br><br>Defendants. | Case No. 2:12-cv-01873-WJM-MF<br><br>(Case Pending in the District of Delaware, C.A. No. 09-677-RGA)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Electronically Filed Document |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Movants the Barbara Glasser 2007 Insurance Trust, Wilmington Savings Fund Society, FSB (as successor-in-interest to

Christiana Bank & Trust Company) as trustee, The GIII Accumulation Trust and Ravi Dattatreya, hereby dismiss the above-captioned proceeding.

                              Respectfully submitted,

                              PROSKAUER ROSE LLP

By: /s/ *Matthew D. Batastini*
     Matthew D. Batastini
One Newark Center, 18th Floor
Newark, NJ  07102-5211
(973) 274-3200

Elise A. Yablonski (*pro hac vice* application forthcoming)
Eleven Times Square
New York, NY  10036-8299
(212) 969-3000
*Attorneys for Defendants Barbara Glasser 2007 Insurance Trust and Wilmington Savings Fund Society, FSB, as Trustee, and Nonparty The GIII Accumulation Trust*

GREENBERG DAUBER EPSTEIN & TUCKER

By: /s/ *Edward Dauber*
     Edward Dauber
One Gateway Center, Suite 600
Newark, NJ  07102
(973) 643-3700
*Attorneys for Nonparty Ravi Dattatreya*

Dated: May 4, 2012